UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNIE RAY HAWTHONE**              **PETITIONER**

v.      **CASE NO. 5:10cv00185 BSM/JTR**

**STATE OF ARKANSAS;**
**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**          **RESPONDENTS**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of respondents, and this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE